■ MARY M. GAVALAS, Respondent, v D. PODELSON et al., Appellants, et al., Defendants. [746 NYS2d 902]

A default judgment was not pursued within one year of the defendants-appellants' failure to respond to plaintiff's summons with notice. Thereafter, in response to defendants-appellants' resulting motion to dismiss, the standard was not met pursuant to CPLR 3215 (c). Therefore, the Supreme Court should have granted defendants-appellants' motion and dismissed the underlying action insofar as asserted against them (*see Hoppenfeld v Hoppenfeld*, 220 AD2d 302; *contrast Truong v All Pro Air Delivery*, 278 AD2d 45). Concur—Nardelli, J.P., Mazzarelli, Sullivan, Rosenberger and Marlow, JJ.